1
2
3
4
5
6
7

# United States District Court
# Central District of California

| | |
|---|---|
| SEALAND,<br><br>               Plaintiff,<br><br>    v.<br><br>LOGISTIC NETWORK OF AMERICA, LLC,<br><br>               Defendant. | Case No. 2:16-cv-0342-ODW(RAO)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT**  **[13, 14]** |

1   Plaintiff has filed a Request for an Interlocutory Dismissal.  (ECF Nos. 13–14.)
2   In this Request, Plaintiff signals that the parties have reached a settlement agreement
3   in this matter, and asks the Court to dismiss the case without prejudice and reserve
4   Plaintiff's right to reopen the case, should Defendant fail to meet the settlement's
5   requirements on or before September 18, 2016.  (*Id.* 2.)
6   The Court finds this method to be unnecessarily complicated, and instead issues
7   this **ORDER TO SHOW CAUSE**, in writing, **by October 31, 2016**, why settlement
8   has not been finalized.  This Court will retain jurisdiction over this matter while
9   parties execute the terms of their settlement agreement.  No hearing will be held.  All
10  other dates and deadlines in this action are **VACATED** and taken off calendar.  The
11  Court will discharge this Order upon the filing of a dismissal that complies with
12  Federal Rule of Civil Procedure 41, or the filing of a request for an extension.
13  Plaintiff's Request for an Interlocutory Dismissal is also hereby **STRUCK** as
14  moot.

16  **IT IS SO ORDERED.**

18  DATE:  April 11, 2016

20  _____
21  **OTIS D. WRIGHT, II**
    **UNITED STATES DISTRICT JUDGE**