# United States District Court
# Central District of California

| | |
|---|---|
| TERRI ALVES,<br><br>          Plaintiff,<br><br>   v.<br><br>ZABROCKI REAL ESTATE GROUP,<br><br>          Defendant. | Case No. 2:15-cv-4446-ODW(JPR)<br><br>**ORDER TO SHOW CAUSE RE:**<br>**SETTLEMENT** |

     In light of the Notice of Settlement (ECF No. 15), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **by May 31, 2016**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

     **IT IS SO ORDERED.**

April 12, 2016

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**